COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF REINSTATEMENT

Appellate case name:        Ana Maria Lara v. Jose Sanchez

Appellate case number:     01-17-00887-CV

Trial court case number:    2016-19246

Trial court:                       61st District Court of Harris County

Appellee, Jose Sanchez, filed a partially unopposed motion to abate this appeal due to pending settlement negotiations and arbitration proceedings. We granted the motion and abated the appeal. In the order of abatement, we instructed the parties to "file a motion to reinstate and dismiss the appeal, a motion to reinstate and proceed with the appeal, or a report advising the Court of the status of the settlement negotiations and arbitration proceedings. If the parties do not respond as directed, the case may be reinstated on the Court's active docket and the appeal will proceed under the applicable Texas Rules of Appellate Procedure."

Because the parties have not responded as directed, we **reinstate** the appeal on the Court's active docket.

Appellant, Ana Maria Lara, is directed to "file a motion to reinstate and dismiss the appeal, a motion to reinstate and proceed with the appeal, or a report advising the Court of the status of the settlement negotiations and arbitration proceedings" **within 30 days of the date of this order**. **If appellant does not respond as directed, the Court may dismiss the appeal for want of prosecution or failure to respond to a court order or notice from the Clerk of this Court.** *See* TEX. R. APP. P. 42.3(b), (c).

It is so ORDERED.

Judge's signature:  ____/s/ Justice Russell Lloyd_____
                              x Acting individually

Date:  ___April 2, 2019___